[No. 8756-8-I.  Division One.  August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS
W. DICKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-00232-7, Anthony P. Wartnik, J.,
entered April 28, 1980. *Affirmed* by unpublished opinion

per Ringold, A.C.J., concurred in by Williams and Durham, JJ.